THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Paul F. Reid, Appellant.
 
 
 
 
 

Appeal From Lexington County
 J. C. Buddy Nicholson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-164
 Submitted February 1, 2010  Filed
February 24, 2010   

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Julie M. Thames,
 all of Columbia; and Solicitor Donald Myers, of Lexington, for Respondent.

 
 

PER CURIAM:  Paul
 F. Reid appeals his sentences for three counts of first-degree criminal sexual
 conduct and one count of kidnapping.  Reid argues the judge abused his
 discretion by sentencing Reid to the maximum penalty on each count.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Winestock, 271 S.C. 473, 475, 248 S.E.2d 307, 308
 (1978) (noting failure to timely object or seek modification of a sentence at
 the trial court level precludes a defendant from presenting his objection for
 the first time on appeal).  
AFFIRMED.
SHORT, WILLIAMS, and
 LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.